**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 15-4449-GW(JEMx) | Date | November 18, 2015 |
|---|---|---|---|
| Title | *Shakur Fletcher, et al. v. City of Compton, et al.* | | |

| Present: The Honorable | **GEORGE H. WU, UNITED STATES DISTRICT JUDGE** | | |
|---|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION**

On October 14, 2015, an Order to Show Cause for Lack of Prosecution was issued for the following reason: failure to comply with FRCP 4(m).

Plaintiffs were given until November 13, 2015 to respond and no response or objection has been filed. Plaintiffs are hereby notified that this action is dismissed without prejudice.

|  | : |
|---|---|
| Initials of Preparer | JG |